IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLIFFORD LASHLEY,

    Petitioner,

      v.

ALBERTO GONZALEZ, Attorney General, et al.,

    Respondents.

CIVIL CASE NO.
1:07-CV-1589-JTC

**O R D E R**

This matter is currently before the Court on the Magistrate Judge's Report and Recommendation [#2]. Petitioner brings this action under 28 U.S.C. § 2241, seeking from this Court a writ of habeas corpus. The Magistrate Judge recommends that the petition be dismissed without prejudice.

Neither party has filed objections to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Court has reviewed it for clear error.

The Court finds no clear error. Accordingly, the Court **ADOPTS** the Report and Recommendation [#2] as the opinion of the Court. Petitioner's petition for a writ of habeas corpus [#1] is hereby **DISMISSED**. The Court **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this  1st  day of October, 2007.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE